⸨Prob 12C (7/93)⸩



# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Bryan Alexis Garcia-Rodriguez; Aka: Bryan Alex Garcia

**Case Number:** EP-19-CR-1593KC(1)

**Name of Sentencing Judicial Officer:** Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:** August 12, 2019

**Original Offense:** Illegal Re-entry, in violation of 8 U.S.C. § 1326(a)

**Original Sentence:** Five (5) years of non-reporting probation

**Type of Supervision:** Probation (non-reporting)

**Date Supervision Commenced:** August 12, 2019

**Assistant U.S. Attorney:** Stephen G. Jurecky                    **Defense Attorney:** Alex A. Melendez

---

### PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** If ordered deported from the United States, the defendant must remain outside the United States. If the defendant re-enters the United States, he or she must report to the nearest probation office within 72 hours of his or her return. If released from confinement or not deported, the defendant must report to the nearest probation office within 72 hours.

> **Nature of Noncompliance:** On September 20, 2023, the U.S. Probation Office in the Western District of Texas, El Paso Division, received an ATLAS notification indicating Bryan Alexis Garcia-Rodriguez, a native and citizen of Mexico, had been arrested in Riverside, California on an outstanding warrant. On September 26, 2017, Garcia-Rodriguez was initially arrested in Riverside, California for Inflict Corporal Injury/Spouse (Ct. 1) and False Imprisonment (Ct. 2). However, a warrant was subsequently issued on December 3, 2018 for Failure to Appear. Thereafter, on September 7, 2023, Garcia-Rodriguez was arrested on this outstanding warrant. According to records received from the Riverside County Superior Court, on September 11, 2023, Garcia-Rodriguez was convicted for the False Imprisonment charge. The Inflict Corporal Injury/Spouse was dismissed. Garcia-

Bryan Alexis Garcia-Rodriguez
Aka: Bryan Alex Garcia
Docket No. EP-19-CR-1593KC(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 2

Rodriguez was sentenced to 36 months probation with 90 days custody to be served in the custody of the Riverside County Sheriff's Office under Dkt. No. RIF1705057. It should be noted, Garcia-Rodriguez was previously removed to Mexico on August 14, 2019, and, as of this writing, he has not reported to the nearest probation office within 72 hours of his return to the United States. As of this writing, Garcia-Rodriguez' whereabouts are unknown.

**U.S. Probation Officer Recommendation:**

The term of supervision should be

[X] revoked.

[ ] extended for _____ years, for a total term of _____ years.

[ ] modified as follows:

Respectfully submitted,

*Salvador H Madrid*
Salvador Madrid
Senior U.S. Probation Officer
Office (915) 585-6584
Cellular (915) 269-5088

Approved by,

*David C. Trejo*
David C. Trejo
Supervising U.S. Probation Officer
Office (915) 585-5576
Cellular (915) 861-8369

Date: October 4, 2023

---

**THE COURT ORDERS:**

[ ] No action.

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

*Kathleen Cardone*
Kathleen Cardone, U.S. District Judge

October 5, 2023
Date